DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 021P17 | James Townsend and Lucretia Townsend v. N.C. Department of Transportation | Plts' PDR Under N.C.G.S. § 7A-31 (COA16-478) | Denied |
|---|---|---|---|
| 023P15-2 | State v. Jackie Emmitt Moorehead | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Halifax County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 024P17 | State v. Calvin Lamar Adams | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-1384) | Denied |
| 025P17 | State v. Jesus Martinez | 1. State's Motion for Temporary Stay (COA16-374) | 1. Allowed **01/19/2017** Dissolved **03/16/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Dismissed as moot |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Special Order |
| 027A17 | Karen Head v. Gould Killian CPA Group, P.A., G. Edward Towson, II, CPA | 1. Defs' Notice of Appeal Based Upon a Dissent (COA16-525) | 1. — |
| | | 2. Plt's PDR Under N.C.G.S. § 7A-31 | 2. Allowed |
| 029P17 | Harry A. Wiley and Gerald D. Gilman v. L3 Communications Vertex Aerospace, LLC | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA16-460) | 1. Denied |
| | | 2. M. Nan Alessandra's Motion for Admission *Pro Hac Vice* | 2. Allowed |
| 031P17 | State v. Jarvis Montrale Bell | Def's PDR Under N.C.G.S. § 7A-31 (COA16-326) | Denied |
| 033P17 | State v. William Davis Whitaker | Def's PDR Under N.C.G.S. § 7A-31 (COA16-521) | Denied |
| 037P17 | State v. Kevin John Kirkman | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA16-407) | Denied |